# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 SEP 12 PM 12: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>FRANCISCO CLEMENTE-MEJIA (1),<br><br>                   Defendant. | CASE NO. 12CR1424-BEN<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense as charged in the Indictment:

TITLE 8 U.S.C. §1326(a) and (b).

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 4, 2012

Hon. Roger T. Benitez
U.S. District Judge